JS 44 (Rev. 09/11)

# CIVIL COVER SHEET

17-CV-5085

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
ERESE ROSEMBERT

**DEFENDANTS**
GARY GANTT, JR., AND
PHILADELPHIA SIGN COMPANY

**(b)** County of Residence of First Listed Plaintiff **DELAWARE**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant **BURLINGTON, NJ**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Robert Katz, Esquire
PO Box 1413
Havertown, PA 19083 (610)789-3240

Attorneys *(If Known)*
Krishna Bhavsar Varma, Esquire
1500 Market St., Suite 2920
Philadelphia, PA 19102 (267)675-3030

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ❑ 1   U.S. Government
  Plaintiff
- ❑ 3   Federal Question
  *(U.S. Government Not a Party)*
- ❑ 2   U.S. Government
  Defendant
- X   Diversity
  *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | X | ❑ 1 | Incorporated *or* Principal Place of Business In This State | ❑ 4 | ❑ 4 |
| Citizen of Another State | ❑ 2 | X 2 | Incorporated *and* Principal Place of Business In Another State | ❑ 5 | ❑ 5 |
| Citizen or Subject of a Foreign Country | ❑ 3 | ❑ 3 | Foreign Nation | ❑ 6 | ❑ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❑ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❑ 625 Drug Related Seizure | ❑ 422 Appeal 28 USC 158 | ❑ 375 False Claims Act |
| ❑ 120 Marine | ❑ 310 Airplane | ❑ 365 Personal Injury - | of Property 21 USC 881 | ❑ 423 Withdrawal | ❑ 376 Qui Tam (31 USC |
| ❑ 130 Miller Act | ❑ 315 Airplane Product | Product Liability | ❑ 690 Other | 28 USC 157 | 3729(a)) |
| ❑ 140 Negotiable Instrument | Liability | ❑ 367 Health Care/ | | | ❑ 400 State Reapportionment |
| ❑ 150 Recovery of Overpayment | ❑ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ❑ 410 Antitrust |
| & Enforcement of Judgment | Slander | Personal Injury | | ❑ 820 Copyrights | ❑ 430 Banks and Banking |
| ❑ 151 Medicare Act | ❑ 330 Federal Employers' | Product Liability | | ❑ 830 Patent | ❑ 450 Commerce |
| ❑ 152 Recovery of Defaulted | Liability | ❑ 368 Asbestos Personal | | ❑ 835 Patent - Abbreviated | ❑ 460 Deportation |
| Student Loans | ❑ 340 Marine | Injury Product | | New Drug Application | ❑ 470 Racketeer Influenced and |
| (Excludes Veterans) | ❑ 345 Marine Product | Liability | | ❑ 840 Trademark | Corrupt Organizations |
| ❑ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ❑ 480 Consumer Credit |
| of Veteran's Benefits | ❑ 350 Motor Vehicle | ❑ 370 Other Fraud | ❑ 710 Fair Labor Standards | ❑ 861 HIA (1395ff) | ❑ 490 Cable/Sat TV |
| ❑ 160 Stockholders' Suits | ❑ 355 Motor Vehicle | ❑ 371 Truth in Lending | Act | ❑ 862 Black Lung (923) | ❑ 850 Securities/Commodities/ |
| ❑ 190 Other Contract | Product Liability | ❑ 380 Other Personal | ❑ 720 Labor/Management | ❑ 863 DIWC/DIWW (405(g)) | Exchange |
| ❑ 195 Contract Product Liability | ❑ 360 Other Personal | Property Damage | Relations | ❑ 864 SSID Title XVI | ❑ 890 Other Statutory Actions |
| ❑ 196 Franchise | Injury | ❑ 385 Property Damage | ❑ 740 Railway Labor Act | ❑ 865 RSI (405(g)) | ❑ 891 Agricultural Acts |
| | ❑ 362 Personal Injury - | Product Liability | ❑ 751 Family and Medical | | ❑ 893 Environmental Matters |
| | Medical Malpractice | | Leave Act | | ❑ 895 Freedom of Information |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ❑ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | Act |
| ❑ 210 Land Condemnation | ❑ 440 Other Civil Rights | **Habeas Corpus:** | ❑ 791 Employee Retirement | ❑ 870 Taxes (U.S. Plaintiff | ❑ 896 Arbitration |
| ❑ 220 Foreclosure | ❑ 441 Voting | ❑ 463 Alien Detainee | Income Security Act | or Defendant) | ❑ 899 Administrative Procedure |
| ❑ 230 Rent Lease & Ejectment | ❑ 442 Employment | ❑ 510 Motions to Vacate | | ❑ 871 IRS—Third Party | Act/Review or Appeal of |
| ❑ 240 Torts to Land | ❑ 443 Housing/ | Sentence | | 26 USC 7609 | Agency Decision |
| ❑ 245 Tort Product Liability | Accommodations | ❑ 530 General | | | ❑ 950 Constitutionality of |
| ❑ 290 All Other Real Property | ❑ 445 Amer. w/Disabilities - | ❑ 535 Death Penalty | **IMMIGRATION** | | State Statutes |
| | Employment | **Other:** | ❑ 462 Naturalization Application | | |
| | ❑ 446 Amer. w/Disabilities - | ❑ 540 Mandamus & Other | ❑ 465 Other Immigration | | |
| | Other | ❑ 550 Civil Rights | Actions | | |
| | ❑ 448 Education | ❑ 555 Prison Condition | | | |
| | | ❑ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ❑ 1 Original
  Proceeding
- X 2 Removed from
  State Court
- ❑ 3 Remanded from
  Appellate Court
- ❑ 4 Reinstated or
  Reopened
- ❑ 5 Transferred from
  Another District
  *(specify)*
- ❑ 6 Multidistrict
  Litigation -
  Transfer
- ❑ 8 Multidistrict
  Litigation -
  Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC Section 1446(C)(3)
Brief description of cause:

## VII. REQUESTED IN
   COMPLAINT:
❑ CHECK IF THIS IS A CLASS ACTION
UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ❑ Yes   ❑ No

## VIII. RELATED CASE(S)
   IF ANY
*(See instructions):*
JUDGE Krishna Bhav Sur Varma    DOCKET NUMBER

DATE  11/13/17
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

NOV 13 2017

# UNITED STATES DISTRICT COURT

17  5095

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM** to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: 311 N. Sycamore Ave., Apt A5, Clifton Heights, PA 19018

Address of Defendant: 505 Courtney Way, Mt. Laurel, NJ; 707 W Spring Garden, Palmyra, NJ

Place of Accident, Incident or Transaction: Route 1 and Bustleton Ave, Phila., PA

*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
 (Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))  Yes☐  No☒

Does this case involve multidistrict litigation possibilities?  Yes☐  No☒
*RELATED CASE, IF ANY:*
Case Number: _____ Judge: _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
  Yes☐  No☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
  Yes☐  No☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
  Yes☐  No☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
  Yes☐  No☒

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*

1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
   (Please specify) _____

B. *Diversity Jurisdiction Cases:*

1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
   (Please specify) _____

## ARBITRATION CERTIFICATION
*(Check Appropriate Category)*

I, _____, counsel of record do hereby certify:
  Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;
  ☐ Relief other than monetary damages is sought.

DATE: _____   _____   _____
            Attorney-at-Law         Attorney I.D.#

**NOTE:** A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 11/13/17   _____   308131
              Attorney-at-Law         Attorney I.D.#

CIV. 609 (5/2012)

NOV 13 2017



**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

## CASE MANAGEMENT TRACK DESIGNATION FORM

ERESE ROSEMBERT           :           CIVIL ACTION
                          :
v.                        :
                          :
GARY GANTT, JR., AND       :
PHILADELPHIA SIGN COMPANY   :           NO. **17   5085**

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

## SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.          ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
    and Human Services denying plaintiff Social Security Benefits.          ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.  ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from
    exposure to asbestos.          ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
    commonly referred to as complex and that need special or intense management by
    the court. (See reverse side of this form for a detailed explanation of special
    management cases.)          ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.

| 11/13/2017 | Krishna Bhavsar Varma | |
|---|---|---|
| **Date** | **Attorney-at-law** | **Attorney for** Defendants |
| 267-675-3030 | 267-675-3036 | kvarma@travelers.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

NOV 13 2017

$400

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ERESE ROSEMBERT** | : |
| | : |
| | : |
| **v.** | : |
| | : **NO.:**   17  5085 |
| **GARY GANTT, JR. and** | : |
| **PHILADELPHIA SIGN COMPANY** | : |
| | : |

## NOTICE OF REMOVAL

Defendants, Gary Gantt, Jr. and Philadelphia Sign Company, by and through their

attorney, Krishna Bhavsar Varma, Esquire of William J. Ferren & Associates files his Notice of

Removal and in support avers as follows:

1. Plaintiff's counsel filed this instant lawsuit by filing a Complaint with the Court of

   Common Pleas of Philadelphia County at docket number: 170700036. (See attached

   Plaintiff's Complaint attached hereto and marked as Exhibit "A.")

2. Plaintiff, Erese Rosembert, is a resident of the State of Pennsylvania, 311 N. Sycamore

   Avenue, Apartment A5, Clifton Heights, PA 19018.

3. Defendant, Gary Gantt, Jr., is a resident of the State of New Jersey, 820 Camelot Court,

   Cinnaminson, NJ 08077-1567. (See attached Affidavit of Gary Gantt, Jr., filed by

   Plaintiff's counsel attached hereto and marked as Exhibit "B")

4. Defendant, Philadelphia Sign Company, 707 West Spring Garden Street, Palmyra, NJ

   08065. (See attached Affidavit of Philadelphia Sign Company, filed by Plaintiff's

   counsel attached hereto and marked as Exhibit "C")

5.  Complete diversity exists in this matter as Plaintiff is a resident of the Commonwealth of Pennsylvania and Defendants are citizens of the State of New Jersey.

6.  Plaintiff is alleging serious and permanent injuries and scarring in, on and about her person, more particularly: shoulder surgery, detached tear at anteroinferior labrum with joint dislocation, cervical sprain and strain, thoracic sprain and strain, lumbar sprain and strain, headaches, with resultant injuries to nerves, muscle ligaments, discs, bones, cartilage and blood vessels thereof, possible aggravation, activation, precipitation, instigation, and aggravation of any pre-existing asymptomatic conditions and other severe injuries in, on about her body; all of which have caused her great pain, suffering and inconvenience and have prevented her from attending to her usual and customary duties, avocations and occupation, all of which have caused her to sustain great financial damage and a loss of earning and earnings power, all of which may continue for an indefinite time into the future and may be permanent in nature and character. See Exhibit "A" at ¶10.

7.  Furthermore, it was determined upon receipt of Plaintiff Erese Rosembert's Case Management Conference Memorandum on October 17, 2017; and upon speaking with Plaintiff's Counsel at said conference on October 17, 2017 that the amount in controversy in this matter is in excess of the sum of Seventy Five Thousand Dollars ($75,000.00), exclusive of interest and costs. Plaintiff has made a demand of $250,000 in this matter. See Plaintiff's Case Management Conference Memorandum attached hereto and marked as Exhibit "D".

8.  Plaint had right shoulder anterior capsular labral reconstruction and posterior inferior capsulorrhapy. See Exhibit "D".

9. Venue lies in this Court as the accident giving rise to this suit occurred within this District.

10. This Notice of Removal is filed timely, pursuant to 28 USC §1446(C)(3) wherein if the case stated by the initial pleading is not removable, a notice of removal may be filed within thirty days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable, which thereby allows Defendants to remove, pursuant to 28 USC §1332(a) on the basis of diversity of citizenship jurisdiction.

11. The Complaint filed by Plaintiff is a civil action over which the United States District Court has original jurisdiction, pursuant to 28 USC §1332(a); and, therefore, this action may be removed to the United States District Court pursuant to 28 USC §1332(A).

WHEREFORE, Defendants, Gary Gantt, Jr., and Philadelphia Sign Company, respectfully requests that this case proceed in its entirety in the United States District Court for the Eastern District of Pennsylvania.

Respectfully Submitted,

**WILLIAM J. FERREN & ASSOCIATES**

**BY:/s/ KRISHNA S. BHAVSAR VARMA, ESQUIRE**
     **Attorney for Defendant**
     **□Plaintiff   XDefendant   □Other:**
     **Supreme Court I.D. No.  308131**
     **E-Mail Address: kvarma@Travelers.com**
     **Phone Number:  (267) 675-3030**
     **Street Address:  1500 Market Street, Suite 2920**
                 **Philadelphia, PA 19102**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ERESE ROSEMBERT** | : |
| | : |
| | : |
| **v.** | : |
| | : **NO.:** |
| **GARY GANTT, JR. and** | : |
| **PHILADELPHIA SIGN COMPANY** | : |
| | : |

### CERTIFICATE OF SERVICE

I, Krishna Bhavsar Varma, Esquire, do hereby certify that a true and correct copy of the

Notice of Removal was filed with the United States District Court for the Eastern District of

Pennsylvania and copies were sent to the following parties via United States mail (and also e-

filing), postage pre-paid on November 13, 2017.

> **Robert Katz, Esquire**
> **P.O. Box 1413**
> **Havertown, PA 19083**


> **WILLIAM J. FERREN & ASSOCIATES**


BY:/s/ **KRISHNA S. BHAVSAR VARMA, ESQUIRE**
   **Attorney for Defendants**
   ☐**Plaintiff  X Defendant  ☐Other:**
   **Supreme Court I.D. No.  308131**
   **E-Mail Address: kvarma@Travelers.com**
   **Phone Number:  (267) 675-3030**
   **Street Address:  1500 Market Street, Suite 2920**
   **Philadelphia, PA 19102**

EXHIBIT "A"

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)
JULY 2017
E-Filing Number: 1706071372
000036

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| ERESE ROSEMBERT | GARY GANTT JR |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 311 N. SYCAMORE AVENUE APT. A5 CLIFTON HEIGHTS PA 19018 | 115B WILLOW TURN MOUNT LAUREL NJ 08054 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
|  | PHILADELPHIA SIGN COMPANY, ALIAS: D/B/A A/K/A PHILADELPHIA SIGN COMPANY, INC. |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
|  | 707 WEST SPRING GARDEN STREET PALMYRA NJ 08065 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 2 | ☒ Complaint  ☐ Petition Action  ☐ Notice of Appeal ☐ Writ of Summons  ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | |
|---|---|---|---|
| ☐ $50,000.00 or less ☒ More than $50,000.00 | ☐ Arbitration ☐ Jury ☒ Non-Jury ☐ Other: | ☐ Mass Tort ☐ Savings Action ☐ Petition | ☐ Commerce ☐ Minor Court Appeal ☐ Statutory Appeals | ☐ Settlement ☐ Minors ☐ W/D/Survival |

CASE TYPE AND CODE

2V - MOTOR VEHICLE ACCIDENT

STATUTORY BASIS FOR CAUSE OF ACTION

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | **FILED PRO PROTHY** JUN 30 2017 M. BRYANT | IS CASE SUBJECT TO COORDINATION ORDER? YES        NO |
|---|---|---|

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: ERESE ROSEMBERT

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| ROBERT KATZ | PO BOX 1413 HAVERTOWN PA 19083 |

| PHONE NUMBER | FAX NUMBER | |
|---|---|---|
| (610)789-3240 | (610)789-2767 | |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 45016 | robertkatzlaw@yahoo.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| ROBERT KATZ | Friday, June 30, 2017, 03:32 pm |

FINAL COPY (Approved by the Prothonotary Clerk)

LAW OFFICES OF ROBERT KATZ
BY:    ROBERT KATZ, ESQUIRE
I.D. No.:  45016
BY:    TIMOTHY A. LESINSKI, ESQUIRE
I.D. No.:  207438
275 E. Township Line Road
P.O. Box 1413
Havertown, PA 19083
(610) 789-3240

MAJOR NON-JURY.



Filed and ~~~~~ by the
Office ~~~~~ cords
30~~~~~
Attorneys for ~~~~~
Erese Rosember~~~~~

| | |
|---|---|
| ERESE ROSEMBERT<br>311 N. Sycamore Avenue, Apt. A5<br>Clifton Heights, PA 19018<br>    *Plaintiff*<br><br>-v.-<br><br>GARY GANTT, JR.  506 Courtney Way<br>115B Willow Turn  Mt Laurel NJ, 08054<br>Mount Laurel, NJ 08054<br>    and<br>PHILADELPHIA SIGN COMPANY d/b/a<br>a/k/a PHILADELPHIA SIGN COMPANY, INC<br>707 West Spring Garden Street<br>Palmyra, NJ 08065<br>    *Defendants* . | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br><br><br>JUNE TERM, 2017<br><br>NO.: |

## CIVIL ACTION - COMPLAINT
## MOTOR VEHICLE ACCIDENT - 2V

### NOTICE TO DEFEND

YOU HAVE BEEN SUED IN COURT. IF YOU WISH TO DEFEND AGAINST THE CLAIMS SET FORTH IN THE FOLLOWING PAGES, YOU MUST TAKE ACTION WITHIN TWENTY (20) DAYS AFTER THIS COMPLAINT AND NOTICE ARE SERVED, BY ENTERING A WRITTEN APPEARANCE PERSONALLY OR BY ATTORNEY AND FILING IN WRITING WITH THE COURT YOUR DEFENSES OR OBJECTIONS TO THE CLAIMS SET FORTH AGAINST YOU. YOU ARE WARNED THAT IF YOU FAIL TO DO SO THE CASE MAY PROCEED WITHOUT YOU AND A JUDGMENT MAY BE ENTERED AGAINST YOU BY THE COURT WITHOUT FURTHER NOTICE FOR ANY MONEY CLAIMED IN THE COMPLAINT OR FOR ANY OTHER CLAIM OR RELIEF REQUESTED BY THE PLAINTIFF. YOU MAY LOSE MONEY OR PROPERTY OR OTHER RIGHTS IMPORTANT TO YOU.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DON'T HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

LAWYER REFERENCE SERVICE
1101 MARKET STREET
PHILADELPHIA, PA 19107
TELEPHONE: (215) 238-1701

### AVISO

LE HAN DEMANDO A USTED EN LA CORTE. SI USTED QUIERE DEFENDERSE DE ESTAS DEMANDAS EXPUESTAS EN LAS PAGINAS SIGUIENTES, USTED TIENE VEINTE (20) DIAS DE PLAZO AL PARTIR DE LA FECHA DE LA DEMANDA Y LA NOTIFICACION. HACE FALTA ASENTAR UNA COMPARENCIA ESCRITA O EN PERSONA O CON UN ABOGADO Y ENTREGAR A LA CORTE EN FORMA ESCRITA SUS DEFENSAS O SUS OBJECIONES A LAS DEMANDS EN CONTRA DE US PERSONA. SEO AVISADO QUE SI USTED NO SE DEFIENDE, LA CORTE TOMARA MEDIDAS Y PUEDE CONTINUAR LA DEMDNA EN CONTRA SUYA STREVIO AVISO O NOTIFICACION. ADEMAS, LA CORTE PUEDE DECIDIR A FAVOR DEL DEMANDANTE Y REQUIERE QUE USTED CUMPLA CON TODAS LAS PROVISIONES DE ESTA DEMANDA. USTED PUEDE PERDER DINERO O SUS PROPIEDADES U OTROS DERECHOS IMPORTANTES PARA USTED.

LLEVE ESTA DEMANDA A UN ABOGADO INMEDIATRAMENTE. SI NO TIENE ABOGADO SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO, VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCIO SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.

LAWYER REFERENCE SERVICE
1101 MARKET STREET
PHILADELPHIA, PA 19107
TELEPHONE: (215) 238-1701

Case ID: 170700036

**ERESE ROSEMBERT vs. GARY GANTT, JR**
**and PHILADELPHIA SIGN COMPANY d/b/a**
**a/k/a PHILADELPHIA SIGN COMPANY, INC.**

And Now, comes the Plaintiff, by her undersigned counsel, who avers as follows:

1.    The Plaintiff, **ERESE ROSEMBERT**, is an adult individual and maintains a place

of residence at the above-captioned address.

2.    The Defendant, **GARY GANTT, JR**, is an adult individual and maintains a place of

residence at the above-captioned address.

3.    The Defendant, **PHILADELPHIA SIGN COMPANY d/b/a, a/k/a**

PHILADELPHIA SIGN COMPANY, INC, is a corporation and/or business for profit,

operating within the laws of the Commonwealth of Pennsylvania with a principal place of business

and/or registered office for the acceptance of service at the above-captioned address.

4.    Defendants, **PHILADELPHIA SIGN COMPANY d/b/a, a/k/a**

PHILADELPHIA SIGN COMPANY, INC, is a business entities legally authorized to conduct

business in Pennsylvania, which maintain principal places of business in the City and County of

Philadelphia, and/or regularly conduct business in the city and County of Philadelphia.

5.    On or about November 4, 2015, at or around 7:00 a.m., the Plaintiff, **ERESE**

**ROSEMBERT** was the operator of a motor vehicle traveling southbound on Route 1 at Bustleton

Avenue, Philadelphia County, Commonwealth of Pennsylvania.

6.    On that same date, time, and location, the Defendant, **GARY GANTT, JR.,**, was the

operator of the motor vehicle involved in the accident.

7.    The Defendant, **GARY GANTT, JR.,** suddenly and without warning merged into

the Plaintiff's lane of traffic on a red light striking the Plaintiff's vehicle, causing her to suffer severe

and grievous injuries, to the extent of which will be described more fully hereinafter.

8.    The Defendant, **GARY GANTT, JR**, was operating the vehicle on behalf of

Defendant **PHILADELPHIA SIGN COMPANY d/b/a, a/k/a PHILADELPHIA SIGN**

2

COMPANY, INC, as agent, servant, workman, employee, or family member and in the course and scope of his employment and or in the alternative had permission to operate his vehicle for personal matters at the time of the motor vehicle accident.

9.    At all times relevant hereto the Defendants, were careless and negligent, jointly and severally and/or individually in the operation of the vehicle and liable to Plaintiff in that they:

> a.    failed to keep a proper lookout for Plaintiff and other vehicles lawfully upon the highway;
>
> b.    failed to keep the motor vehicle under proper and adequate control under the circumstances;
>
> c.    failed to note the point and position of the Plaintiff's motor vehicle upon the highway when merging/turning;

10.    As a result of the negligence and carelessness of the Defendants as aforesaid, the Plaintiff, ERESE ROSEMBERT, was caused to sustain serious and permanent personal injuries and scarring in, on and about her person, more particularly: shoulder surgery, detached tear at anteroinferior labrum with joint dislocation, cervical sprain and strain, thoracic sprain and strain, lumbar sprain and strain, headaches, with resultant injuries to nerves, muscles ligaments, discs, bones, cartilage and blood vessels thereof, possible aggravation, activation, precipitation, instigation, and aggravation of any pre-existing asymptomatic conditions and other severe injuries in, on about her body; all of which have caused her great pain, suffering and inconvenience and have prevented her from attending to her usual and customary duties, avocations and occupations, all of which have caused her to sustain great financial damage and a loss of earning and earnings power, all of which may continue for an indefinite time into the future and may be permanent in nature and character.

11.    As a result of the aforesaid accident, Plaintiff has undergone great physical pain and mental anguish to her great detriment and loss and has suffered a loss of life's pleasures and she will continue to endure the same for an indefinite time into the future and the same may be permanent in nature and character.

3

12.     As a result of this accident, Plaintiff, ERESE ROSEMBERT, has been obliged to expend large sums of money for medical care and medicine in an effort to effect a cure of the aforesaid injuries and she may be obliged to expend such sums for an indefinite time into the future, to her great detriment and loss and a claim is hereby made against the Defendants for payment of said medical expenses in accordance with 75 Pa. C.S. § 1701, et seq.

13.     As a direct and reasonable result of the accident aforementioned, Plaintiff has or may have incurred wage losses and/or a loss of earnings power, the sums of which may exceed sums recoverable under 75 Pa. C.S. § 1701, et seq.

14.     As a further result of the negligence of the Defendants aforesaid, Plaintiff was, and may in the future be prevented from attending to her usual daily duties and occupations, thereby causing her great inconvenience and a loss of earnings and earning capacity, all to her great loss and detriment.

15.     As a result of the aforesaid accident and injuries resulting there from, Plaintiff has suffered a diminution in her ability to enjoy life and life's pleasures, and said diminution is or may be permanent in nature and character.

16.     The plaintiff is full tort.

WHEREFORE, Plaintiff, ERESE ROSEMBERT, demands judgment against the Defendants, GARY GANTT, JR and PHILADELPHIA SIGN COMPANY d/b/a, a/k/a PHILADELPHIA SIGN COMPANY, INC, jointly and severally and/or individually in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00).

## COUNT II
### ERESE ROSEMBERT vs. PHILADELPHIA SIGN COMPANY d/b/a a/k/a PHILADELPHIA SIGN COMPANY, INC

17.     Plaintiff, ERESE ROSEMBERT hereby avers that she is the Plaintiff in this matter and incorporates by reference the allegations contained in Paragraphs 1-16, inclusive as if same were herein set forth at length.

4

Case ID: 170700036

18.     Defendant, PHILADELPHIA SIGN COMPANY d/b/a, a/k/a

PHILADELPHIA SIGN COMPANY, INC, owed a duty of care to ERESE ROSEMBERT.

19.     The duty consisted of not renting, leasing nor allowing the use of a motor vehicle that they owned, to an individual whom they knew or should have known was incapable of operating a motor vehicle in a manner that was consistent/in compliance with the Pennsylvania Motor Vehicle Code and further, in the exercise of reasonable care, should have known that Defendant, GARY GANTT, JR had propensities toward the negligent operation of a motor vehicle.

20.     Despite the aforementioned knowledge, Defendant rented, leased, or allowed a motor vehicle that they owned to be used by GARY GANTT, JR.

21.     At all relevant times, Defendant, GARY GANTT, JR was incapable of operating a motor vehicle in a manner that was consistent/in compliance with the Pennsylvania Motor Vehicle Code.

22.     Defendant, GARY GANTT, JR operated the relevant motor vehicle in a negligent manner that has already been described.

23.     In addition, and/or in the alternative, Plaintiff avers that Defendant, PHILADELPHIA SIGN COMPANY d/b/a, a/k/a PHILADELPHIA SIGN COMPANY, INC, was negligent in that they:

> a.     negligently entrusted their vehicle to Defendant, GARY GANTT, JR who acted carelessly and negligently as set forth above;
>
> b.     negligently entrusted their vehicle to an individual whom they knew or should have known could not properly operate a motor vehicle;
>
> c.     violated Section 307 of the Restatement of Torts (2d); and
>
> d.     violated Section 308 of the Restatement of Torts (2d);
>
> e.     violated 75 Pa C.S. § et seq.

5

24. As stated previously the negligence of Defendant, GARY GANTT, JR, in the operation of the motor vehicle was a proximate cause of the aforementioned injuries/damages of Plaintiff, ERESE ROSEMBERT.

25. The negligence of Defendant PHILADELPHIA SIGN COMPANY d/b/a, a/k/a PHILADELPHIA SIGN COMPANY, INC, was a proximate cause of the aforementioned injuries that Plaintiff, ERESE ROSEMBERT received in the relevant accident.

26. The Plaintiff is full tort.

WHEREFORE, Plaintiff, ERESE ROSEMBERT demands judgment, costs and interests against the Defendant, PHILADELPHIA SIGN COMPANY d/b/a, a/k/a PHILADELPHIA SIGN COMPANY, INC in an amount in excess of FIFTY THOUSAND DOLLARS, ($50,000.00).

## COUNT III
### ERESE ROSEMBERT vs. PHILADELPHIA SIGN COMPANY d/b/a a/k/a PHILADELPHIA SIGN COMPANY, INC

27. Plaintiff, ERESE ROSEMBERT hereby avers that she is the Plaintiff in this matter and incorporates by reference the allegations contained in Paragraphs 1-26, inclusive as if same were herein set forth at length.

28. The Defendant, GARY GANTT, JR, was operating the vehicle on behalf of Defendant PHILADELPHIA SIGN COMPANY d/b/a, a/k/a PHILADELPHIA SIGN COMPANY, INC, as agent, servant, workman, employee, or family member and in the course and scope of his employment and or in the alternative had permission to operate his vehicle for personal matters at the time of the motor vehicle accident.

29. The Plaintiff is full tort.

6

Case ID: 170700036

WHEREFORE, Plaintiff, ERESE ROSEMBERT demands judgment, costs and interests against the Defendant, PHILADELPHIA SIGN COMPANY d/b/a, a/k/a PHILADELPHIA SIGN COMPANY, INC in an amount in excess of FIFTY THOUSAND DOLLARS, ($50,000.00).

Respectfully submitted,

ROBERT KATZ, ESQUIRE
Attorney for Plaintiff,
Erese Rosembert

7

Case ID: 170700036

COMMONWEALTH OF PENNSYLVANIA:

COUNTY OF PHILADELPHIA:

## VERIFICATION

I, ERESE ROSENBERT, am the Plaintiff in the within action and state that the facts set forth in the foregoing Pleadings are true and correct to the best of my knowledge, information and belief, and that this statement is made subject to the penalties of 18 Pa. C.S.A. 4904 relating to unsworn falsification to authorities.

BY: X _____
ERESE ROSENBERT

# EXHIBIT "B"

**LAW OFFICES OF ROBERT KATZ**
By:    ROBERT KATZ, ESQUIRE
I.D. No.:  45016
By:    TIMOTHY A. LESINSKI, ESQUIRE
I.D. No.:  207438
275 E. Township Line Road
P.O. Box 1413
Havertown, PA 19083
(610) 789-3240



**MAJOR NON-JURY**

Filed and Attested by the Office of Judicial Records 10 JUL 2017 12:05 pm

Attorneys for Plaintiff,
Erese Rosembert

| ERESE ROSEMBERT | : | COURT OF COMMON PLEAS |
|---|---|---|
| *Plaintiff* | : | PHILADELPHIA COUNTY |
|  | : |  |
| -v.- | : | JULY TERM, 2017 |
|  | : |  |
| GARY GANTT, JR | : |  |
| and | : | NO.:  0036 |
| PHILADELPHIA SIGN COMPANY d/b/a | : |  |
| a/k/a PHILADELPHIA SIGN COMPANY, INC | : |  |
| *Defendants* | : |  |

## AFFIDAVIT OF SERVICE

I, Robert Katz, Esquire, hereby certifies that service of a true and correct copy of the

Plaintiff's Civil Action Complaint was made in accordance with the Rules of Civil Procedure, on

the following defendant by Certified Mail, Return Receipt Requested on July 5, 2017.

Mr. Gantt, Jr.
820 Camelot Court
Cinnaminson, NJ 08077-1567

By:   /s/ Robert Katz
ROBERT KATZ, ESQUIRE
Attorney for Plaintiff,
Erese Rosembert

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Gary Gantt, Jr
820 Camelot Court
Cinnaminson, NJ 08077-1567

9590 9402 2472 6306 0031 39

2. Article Number (Transfer from service label)

7016 0750 0000 1458 3214

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Ahmad Gantt_    ☐ Agent   ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

Ahmad Grant     7/5/17

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:     ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

Case ID: 170700036

EXHIBIT "C"

**LAW OFFICES OF ROBERT KATZ**
By: ROBERT KATZ, ESQUIRE
I.D. No.: 45016
By: TIMOTHY A. LESINSKI, ESQUIRE
I.D. No.: 207438
275 E. Township Line Road
P.O. Box 1413
Havertown, PA 19083
(610) 789-3240

**MAJOR NON-JURY.**



Filed and Attested by the
Office of Judicial Records
10 JUL 2017 12:07 pm

Attorneys for Plaintiff,
Erese Rosembert

| ERESE ROSEMBERT | : | COURT OF COMMON PLEAS |
|---|---|---|
| *Plaintiff* | : | PHILADELPHIA COUNTY |
| | : | |
| -v.- | : | JULY TERM, 2017 |
| | : | |
| GARY GANTT, JR | : | |
| and | : | NO.: 0036 |
| PHILADELPHIA SIGN COMPANY d/b/a | : | |
| a/k/a PHILADELPHIA SIGN COMPANY, INC | : | |
| *Defendants* | : | |

## AFFIDAVIT OF SERVICE

I, Robert Katz, Esquire, hereby certifies that service of a true and correct copy of the

Plaintiff's Civil Action Complaint was made in accordance with the Rules of Civil Procedure, on

the following defendant by Certified Mail, Return Receipt Requested on July 3, 2017.

Philadelphia Sign Company
d/b/a Philadelphia Sign Company, Inc.
707 West Spring Garden Street
Palmyra, NJ 08065

By: /s/ Robert Katz
ROBERT KATZ, ESQUIRE
Attorney for Plaintiff,
Erese Rosembert

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Philadelphia Sign Company
707 West Spring Garden Street
Palmyra, NJ 08065

|||||||||||||||||||||||||||||||||||||||||||||||

9590 9402 2472 6306 0029 96

2. Article Number *(Transfer from service label)*

7016 0750 0000 1458 3221

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _Karen Gold_  ☐ Agent  ☐ Addressee

B. Received by *(Printed Name)*  C. Date of Delivery

Karen Gold

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

Case ID: 170700036

EXHIBIT "D"

### IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
### FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
### CIVIL TRIAL DIVISION

ERESE ROSEMBERT   :
          :
  v.      :
GARY GANTT, JR and   :  No. 170700036
PHILADELPHIA SIGN CO., INC. :

### CASE MANAGEMENT CONFERENCE MEMORANDUM

Filing party: Plaintiff, Erese Rosembert  By: Timothy A. Lesinski, Esq.

Counsel's address and telephone number (**IMPORTANT**) P.O. Box 1413, Havertown, PA 19083

_____  (610)789-3240

## Part A
### *(to be completed in personal injury cases)*

1. Date of accident or occurrence: November 4, 2015

2. Date of Birth of your client: August 16, 1987

            Unknown _____ Decline to provide_____

*NOTE: Date of birth information is intended for the Court's use only. The information will not be made available to the public.*

3. Most serious injuries sustained: Anterior dislocation of right humerous, with subacute Hill-Sachs lesion  and focal detached anteroiferior labral tear with posterior stripping

4. Is there any permanent injury claimed?  Yes  x   No____

  If yes, indicate the type of permanent injury: See Above

_____

_____

5. Dates of medical treatment: 11/04/15- Present

6. Is medical treatment continuing?  Yes  x  No____

7. Has there been an inpatient hospitalization? Yes ___No x

8. Has there been any surgery?               Yes x   No____

If yes, indicate the type of surgery:  right shoulder anterior capsular labral reconstruction and posterior inferior capsulorrhaphy.

9. Approximate medical bills to date: $ tbd

10. Approximate medical bills recoverable in this case: $tbd

11. Are there any existing liens (Workers Compensation, DPW, Medical, etc.)?       Yes x No____

If yes, what type and approximate amount?  tbd

12. Time lost from work: tbd

13. Approximate past lost wages: tbd

14. Is there a claim for future lost earning capacity?       Yes x   No____

If yes, approximate future lost earning capacity:  tbd

15. Are there any related cases or claims pending?       Yes____   No x

If so, list caption(s) or other appropriate identifier: _____

_____

16. Do you anticipate joining additional parties?       Yes____   No x

17. Plaintiff's factual position as to liability: Defendants' vehicle negligently merged into our lane of

travel striking Plaintiff's vehicle.

18. Defense factual position as to liability: See defense memorandum

19. Defense position as to causation of injuries alleged: See defense memorandum

20. Identify all applicable insurance coverage:

| *Defendant* | *Insurance Carrier* | *Coverage Limits* |
|---|---|---|
| *ALL* | Traveler's | Unknown |

21. Are there issues as to the applicability of the above insurance coverage:       Yes____   No x

22. Demand: $ 250,000               Offer: $ 0

*This form shall be presented to the Case Manager and copies served upon any party not served electronically by the court at the time of the conference. All present must be prepared to discuss its contents.*